IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**ADAM LEE MOSELEY,**

    **Plaintiff,**

v.    Case No. 5:23-cv-291-AW-MJF

**BAY COUNTY CODE**
**ENFORCEMENT, et al.,**

    **Defendants.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having carefully considered the matter, I now adopt the report and recommendation (ECF No. 11) and incorporate it into this order. Plaintiff has not complied with court orders, and he has not objected to the recommendation to dismiss on that basis. He appears to have abandoned his case.

The clerk will enter a judgment that says, "This case is dismissed without prejudice for failure to prosecute and failure to comply with court orders." The clerk will then close the file.

SO ORDERED on June 6, 2024.

                                              s/ *Allen Winsor*
                                            United States District Judge